# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2019

## NO. 03-19-00624-CV

**K. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the decree of termination signed by the trial court on August 29, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's decree of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.